# JUSTIN C. BONUS, ESQ.
## ATTORNEY AT LAW

JUSTIN C. BONUS, ESQ.  
JUSTIN.BONUS@GMAIL.COM

118-35 QUEENS BOULEVARD, SUITE 400  
FOREST HILLS, NY 11375

TEL. (347) 920-0160  
FAX: (888) 237-8686

January 24, 2024

The Honorable P. Kevin Castel  
United States District Court Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

**Subj:** Wade v. Lumia, Docket No. 1:23-cv-07310-PKC  
Re: *Death of Plaintiff*

Via: *ECF*

Your Honor:

This Office represents Uceff Wade in reference to the above-captioned matter. Tragically, we write to inform the Court that Mr. Wade has passed away.

As such, I respectfully request the Court grant a stay in the proceedings. The defendants have consented to the stay.

I will be speaking to the family soon and will keep the Court apprised as to any developments.

I appreciate your time and attention to this matter.

Sincerely,

/s/ *Justin Bonus*  
Justin Bonus, Esq.

Cc;  
**Nicolette Pellegrino**  
Assistant Corporation Counsel  
Special Federal Litigation Division  
New York City Law Department  
100 Church Street  
New York, NY 10007  
(via ECF)

*[Handwritten order by the Court:]* The February 23, 2024 conference is VACATED. The Court orders the substitution of the administrator or executor of plaintiff's estate in accordance with Rule 25(a)(1), Fed. R. Civ. P, and the action is stayed until substitution, except for matters necessary to effectuate substitution. SO ORDERED. /s/ [signature] USDJ 1-24-24