UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UCEFF WADE,
Plaintiff,

             -against-

Detective PETER LUMIA, et al,
Defendants.
-----------------------------------------------------------------x

Dock. # 1:23-cv-07310-PKC

**MOTION TO SUBSTITUTE**

PLEASE TAKE NOTICE that on March 18, 2024, or at such other time as may please the Court, the undersigned Justin C. Bonus, Esq., appearing on behalf of Plaintiff Uceff Wade, shall move before the Hon. P. Kevin Castel, U.S.D.J., Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, to substitute his daughter, Yasmin Wade, as a party in this action pursuant to F.R.C.P. 25(a)(1) and/or for those reasons set forth in the appended declaration, and incorporated herein by reference as if set forth herein or for any other remedy that this Court deems just and proper.

Dated: March 18, 2024

Respectfully Submitted,

By: _____

Justin Bonus, Esq.
118-35 Queens Blvd, Suite 400
Forest Hills, NY 11375
Tel: (347) 920-0160
*Attorney for Uceff Wade*

[Handwritten annotation: Application Granted. The caption is amended to delete "UCEFF WADE" and replace with "YASMIN WADE as Administrator of the Estate of Uceff Wade." SO ORDERED. /s/ PKC USDJ 4/24/24]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UCEFF WADE,　　　　　　　　　　　　　　　　Dock. # 1:23-cv-07310-PKC
　　Plaintiff,

　　　　　　　-against-
　　　　　　　　　　　　　　　　　　　　　　**DECLARATION**

Detective PETER LUMIA, et al,
　　Defendants.
-------------------------------------------------------------x

　　　　Justin Bonus, of full age, hereby certifies, upon information and belief as follows:

　　　　1.　　I am an attorney at law in the State of New York. I represent Plaintiff Uceff Wade in the above-captioned matter. In this capacity, I am fully familiar with the facts set forth below.

　　　　2.　　I make this declaration in support of a motion to substitute Uceff Wade based upon his death on January 14, 2024.

　　　　3.　　On February 26, 2024, Yasmin Wade, Mr. Wade's daughter, was appointed as administrator to his estate. The letters of administration is attached to this declaration as exhibit A.

　　　　4.　　Pursuant to Fed. R. Civ. P. 25(a)(1), Mr. Wade moves to substitute his daughter, Yasmin Wade, as a party to the suit.

　　　　WHEREFORE, pursuant to F.R.C.P. 25(a)(1), the Plaintiff requests that this Court allow Mr. Wade to substitute his daughter, Yasmin Wade, as a party or for any other remedy that the Court deems just and proper.

Dated: March 18, 2024　　　　　　　　　　　　　　Respectfully Submitted,

By: _____
Justin Bonus, Esq.
118-35 Queens Blvd, Suite 400
Forest Hills, NY 11375
Tel: (347) 920-0160
*Attorney for Uceff Wade*

On the Date Written Below LETTERS are Granted by the Surrogate's Court, State of New York as follows:

File #: 2024-583
Date of Death: January 14, 2024

Name of Decedent: Uceff Monroe Wade

Domicile of Decedent: Kings County

Fiduciary Appointed:
Mailing Address:
Yasmin Wade
31a Center St
Keyport NJ 07735

Letters Issued: LETTERS OF ADMINISTRATION
Limitations: Bond having been dispensed with pursuant to SCPA § 801.

The Administrator is restrained from collecting and administering more than $10,000.00 in personal assets belonging to the decedent without further order from this court.

And said Administrator is hereby restrained from compromising any cause of action until further court order pursuant to EPTL 5-4.6.

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated: February 26, 2024

IN TESTIMONY WHEREOF, the seal of the Kings County Surrogate's Court has been affixed.

WITNESS, Hon Rosemarie Montalbano, Judge of the Kings County Surrogate's Court.

*Lisa Mathis*
Lisa Mathis, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Kings County Surrogate's Court*