UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YASMIN WADE, as Administrator of the Estate
of Uceff Wade,

                           Plaintiff,

                                                                    23-cv-7310 (PKC)

              -against-                                              ORDER


DETECTIVE PETER LUMIA, et al.,

                           Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On January 24, 2024, counsel to then-plaintiff Uceff Wade filed a letter advising the Court of plaintiff's death and requesting a stay of proceedings.  (ECF 31.)  The Court stayed the action and directed plaintiff's counsel to move to substitute the administrator or executor of plaintiff's estate as plaintiff, in accordance with Rule 25(a)(1), Fed. R. Civ. P.  (ECF 32.) Plaintiff then moved to substitute as the plaintiff Yasmin Wade, as Administrator of the Estate of Uceff Wade, and the Court granted the motion on April 29, 2024.  (ECF 33, 34.)

        In light of the foregoing, the Court orders as follows:

1.      The stay is lifted.

2.      All defendants shall file an Answer by October 15, 2024.

3.      The Initial Pretrial Conference will be held on October 31, 2024 at 2:30 p.m.  Call-In: 888-363-4749; Access Code: 3667981.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 2, 2024