**Conference is adjourned from November 19, 2024 to December 2, 2024 at 11:30 a.m.**
**Dial-In No.: 1-888-363-4749, Access Code: 3667981.**
**SO ORDERED.**
**Dated: 11/15/2024**

*P. Kevin Castel*
United States District Judge

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**EVAN J. GOTTSTEIN**
*Assistant Corporation Counsel*
Phone: (212) 356-2262
Fax: (212) 356-3509
Email: egottste@law.nyc.gov

November 14, 2024

<u>VIA E.C.F.</u>
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Wade v. the City of New York, et al.</u>, 23 Civ. 7310 (PKC)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and the attorney representing defendants City of New York, Peter Lumia, and James-Albert Santana in the above referenced matter. Defendants write, with plaintiff's consent, to respectfully request a brief adjournment of the initial conference in this matter, which is the next upcoming conference, currently scheduled for Tuesday, November 19, 2024, at 2:00 p.m., due to a scheduling conflict.

  On October 15, 2024, defendants requested a one-week extension of time to respond to the Complaint and, because the requested deadline fell less than 14 days before the previously-scheduled initial conference, also requested a brief adjournment of the initial conference. *See* ECF No. 38. On October 16, 2024, the Court granted defendants' request for an extension of time to respond to the Complaint, and adjourned the initial conference to Tuesday, November 19, 2024. *See* ECF No. 39. The reason for the instant request for an adjournment is because the undersigned has a previously-scheduled deposition in the matter of *Guerrier v. New York City Transit Authority, et al.*, E.D.N.Y. Docket No. 23-CV-5517 (HG), which is scheduled to begin at 9:00 a.m. and may take up to 7 hours (not including breaks).[1] The parties have conferred

---

[1] Defendants apologize for not notifying the Court of this scheduling conflict promptly after the November 19 conference was scheduled, which was regrettably due to an oversight.

regarding mutually agreeable dates for the adjournment, and, the Court's schedule allowing, the parties respectfully propose November 25, 2024 before 3:45 p.m., November 26, 2024 before 12:30 p.m., and anytime on November 27, 2024.

    Defendants thank the Court for its time and consideration of this application.

Respectfully submitted,

*Evan J. Gottstein*   /s/

Evan J. Gottstein
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   **Via ECF**
      *All Counsel of Record*